UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA K. SANDERS, ET AL,

                    Plaintiff,

-against-

NEW YORK TIMES, ET AL,

                    Defendants.

23-CV-2105 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 30, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge